434

*In re* ESTATE OF PAUL TEMPLE, Deceased—JACK JOSEPH, Admr., Petitioner-Appellant, *v.* UNITED OF AMERICA BANK *et al.*, Respondents.— UNITED OF AMERICA BANK, Respondent-Appellee (JACK JOSEPH, Admr., Petitioner-Cross-Appellee), *v.* UNITED OF AMERICA BANK, Respondent-Cross-Appellant.

(No. 54312; 

First District—December 8, 1970.

*Rehearing denied January 6, 1971.*

BURKE, J., dissenting.

Jack Joseph, *pro se.*

Charles J. O'Laughlin and Patrick J. Phillips, both of Chicago, (Jenner & Block, of counsel,) for appellee.